F I L E D
Clerk
District Court
MAY 12 2025
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

PEIRONG ZHOU,

    Plaintiff,

v.

ROBUSTIANO MATSUTARO,

    Defendant.

Case No. 1:23-cv-00006

ORDER CLOSING CASE

    On December 29, 2023, the Court issued its screening order dismissing this action without prejudice for lack of subject matter jurisdiction. (Screening Order 4, ECF No. 3.) Since then, there have been no further filings in this case. Accordingly, the Clerk of Court is now directed to close the case.

    IT IS SO ORDERED this 12th day of May, 2025.

RAMONA V. MANGLONA
Chief Judge